UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BRIAN J. PALERMO,
    a/k/a "Seneca Lind,"
    a/k/a "Bryan Paleria,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr. ___

## COUNT ONE

The Grand Jury charges:

On or about August 8, 2007, in the Southern District of New York, BRIAN J. PALERMO, a/k/a "Seneca Lind," a/k/a "Bryan Paleria," the defendant, unlawfully, willfully, and knowingly, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year and having previous convictions by a court for a violent felony and two serious drug offenses, committed on occasions different from another, to wit: (i) a conviction on or about June 29, 2000, in New York Supreme Court, Bronx County, of robbery in the third degree, in violation of New York Penal Law 160.05, a Class D felony; (ii) a conviction on or about July 14, 2000, in New York Supreme Court, Bronx County, of criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.30, a Class B felony; and (iii) a conviction on or about April 24, 2000, in New York Supreme Court, Bronx County, of criminal sale of a controlled substance on school grounds, in violation of New York

Penal Law 220.39, a Class B felony, did possess in and affecting commerce, a firearm, to wit, a loaded .9mm Lorcin handgun, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).)

_____  _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRIAN J. PALERMO,
a/k/a "Seneca Lind,"
a/k/a "Bryan Paleria,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(g)(1)
and 924(e).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Dennise Suarez-Peña*
Foreperson.

10/03/07
Filed Ind.
Alvg.