

RECEIVED
NOV 2 1 2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2007

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

Re:   <u>United States v. Brian Palermo</u>
      07 Cr. 933 (LAP)

Dear Judge Preska:

(1) The initial conference in the above-captioned case has been rescheduled for November 27, 2007 at 11:00 a.m. The Government respectfully requests that time be excluded under the
(2) Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until November 27, 2007 in the interests of justice. Defense counsel has no objection to the exclusion of time under the Speedy Trial Act.

So ordered
Loretta A Preska
USDJ

November 27, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2527 (fax)

cc:   Steven M. Statsinger, Esq.