UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES,

    -against-

BRIAN PALERMO,

------------------------------------x

```
             USDC SDNY
             DOCUMENT
             ELECTRONICALLY FILED
             DOC #: _____
             DATE FILED: 11/28/07
```

07 CR. 933-01 (LAP)

**ORDER**

LORETTA A. PRESKA, U.S.D.J.

    At a conference held before Judge Preska on November 27, 2007, it was brought to the Court's attention that on October 5, 2007, the defendant appeared before Magistrate Judge Ellis for his arraignment on the indictment and entered a plea of not guilty. Time had been excluded from calculation under the speedy trial act, in the interest of justice, from October 5, 2007 until November 14, 2007. Neither item is reflected on the Court's docket sheet. The Clerk of the Court is directed to make the appropriate docket entries to reflect the above.

SO ORDERED.

Dated: November 28, 2007

                            _____
                            Hon. Loretta A. Preska, U.S.D.J.