# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

January 9, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

**BY HAND DELIVERY**

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Brian Palermo</u>
        No. 07 Cr. 933 (LAP)
        Request for Adjournment, on Consent

Dear Judge Preska:

    I am writing to respectfully request that the pretrial conference in this case, currently scheduled for January 15, 2008, be adjourned for 30 days. I will be unavailable on the scheduled sentencing date for medical reasons, and the parties need additional time to continue their negotiations.

    I have spoken with Assistant United States Attorney Antonia Apps, who consents to the requested adjournment. In addition, the defense consents to the exclusion of speedy trial time until the adjourned date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Antonia Apps

*[Handwritten annotation:]* The January 15 conference is adjourned to February 20, 2008 at 10:00 a.m.

Time is excluded from calculation under the Speedy Trial Act until that date in order to permit the parties to continue their discussions toward disposition.

SO ORDERED
*Loretta A. Preska*
DISTRICT JUDGE

January 14, 2007

RECEIVED
JAN 9 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.