

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/08

Re: **United States v. Brian Palermo**
07 Cr. 933 (LAP)

Dear Judge Preska:

① At the Court's request, the next conference in the above-captioned case has been rescheduled for September 3, 2008 at 12:00 p.m. The Government respectfully requests that time be ② excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until September 3, 2008 in the interests of justice, so that the defendant can continue to review discovery. Defense counsel does not object to the exclusion of time.

So ordered
Loretta A Preska
USDJ
August 7, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2387 (fax)

cc: Steven M. Statsinger, Esq.