```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,
                                    :   07 CR 933 (LAP)
               Plaintiff(s),        :
                                    :   SCHEDULING ORDER
     -against-                      :
                                    :
BRIAN J. PALERMO,                   :
               Defendant(s).        :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that trial scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on November 24, 2008 at 10:00 a.m. in the above-captioned action is rescheduled to October 14, 2008 at 10:00 a.m.

SO ORDERED

September 5, 2008

Loretta A. Preska, U.S.D.J.